# EXHIBIT "A"

#663157 v1

**ORBIT ENERGY & POWER LLC**
**CASE #22-19628-ABA**

**Payments Made during 90 Day Period Prior to Filing**

**Vendor:**    NMG Newspaper Medial Group
130 Twinbridge Drive
Pennsauken, NJ 08110

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
|  |  |  |  |
| 10/17/2022 | 10/19/2022 | 29711 | 15,430.69 |
|  |  |  |  |
| TOTAL |  |  | **15,430.69** |
|  |  |  |  |